# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ASTANIEL JARVIS MANN,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN HART, DEPUTY WARDEN McLAUGHLIN, LIEUTENANT MAINE, OFFICER POWELL, OFFICER JESSE HOWELL, OFFICER T. BROWN, OFFICER YANCEY, OFFICER CANNON, OFFICER JOHN DOE NO. 1, and OFFICER JOHN DOE NO. 2,<br><br>    Defendants. | Civil Action No. 7:09-CV-114 |

## ORDER

This case is before the Court on a Recommendation from United States Magistrate Judge Thomas Q. Langstaff (Doc. 30), entered on August 12, 2010. The Magistrate Judge recommends that the Motion to Dismiss (Doc. 21) filed by Defendants be granted.

Plaintiff, who is represented by counsel, has filed an objection (Doc. 32) to the Recommendation. Defendants have responded to the objection (Doc. 33). The Court has made a *de novo* review of the portions of the Recommendation to which objection has been made.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. Defendants' Motion to Dismiss (Doc. 21) is granted. The Clerk of Court is instructed to close this file.

**SO ORDERED**, this the 9th day of September, 2010.

/s/ Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**

mbh